## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

NATIONWIDE REMEDIATION GROUP &
CONSTRUCTION SERVICES, LLC,

       PLAINTIFF,

V.

DAVID WORDLAW AND NATIONWIDE
ADVANCED REMEDIATION &
CONSTRUCTION, LLC

       DEFENDANTS.

CIVIL NO. 10-3857 (PJS/AJB)

**REPORT & RECOMMENDATION**

---

Daniel Oberdorfer and Ruth A Rivard, Leonard Street and Deinard, PA,150 South 5th Street, Suite 2300, Minneapolis, MN 55402 (for Plaintiff);

David Wordlaw, 13162 Grouse Street NW, Coon Rapids, MN 55448 (pro se Defendant);

David W. Larson, Martin & Squires P.A., 444 Cedar Street, Suite 2050, St Paul, MN 55101 (for Defendants).

---

       This matter is before the Court, Chief United States Magistrate Judge Arthur J. Boylan, on the parties' Stipulation and Agreement for Injunction [Docket No. 7]. The Stipulation dictates that the parties agree that Nationwide Advanced Remediation & Construction, LLC shall not employ or engage David Wordlaw (under any name) or receive services from him in any manner, including but not limited to as an employee, owner, officer, director, independent contractor or the like. The parties also stipulated

that the injunction agreed to shall commence immediately and shall expire, barring further Order of the Court, at 12:01 a.m. on October 19, 2010. The parties also provided this Court with a proposed order that is consistent with their Stipulation and Agreement.

Based upon the record, **IT IS HEREBY RECOMMENDED** that an Order Regarding Stipulation And Agreement for Injunction be issued, directing that Nationwide Advanced Remediation & Construction, LLC shall not employ or engage David Wordlaw (under any name) or receive services from him in any manner, including but not limited to as an employee, owner, officer, director, independent contractor or the like; and the injunction shall commence immediately and shall expire, barring further Order of the Court, at 12:01 a.m. on October 19, 2010.


Dated: 10/7/10

                                                    s/ Arthur J. Boylan
                                                    Chief Magistrate Judge Arthur J. Boylan
                                                    United States District Court

Pursuant to Local Rule 72.2(b), any party may object to this Report and Recommendation by filing with the Clerk of Court and by serving upon all parties written objections that specifically identify the portions of the Report to which objections are made and the basis of each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before 10/11/10 .