# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nationwide Remediation Group & Construction Services, LLC, | Case No. 10 CV 3857 (PJS/AJB) |
| Plaintiff, | |
| v. | **ORDER REGARDING STIPULATION AND AGREEMENT FOR INJUNCTION** |
| David Wordlaw and Nationwide Advanced Remediation & Construction, LLC, | |
| Defendants. | |

Pursuant to stipulation between the parties (Docket No. 7) and the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan (Docket No. 8), the Court, being fully advised in the premises, **HEREBY ORDERS** that:

Nationwide Advanced Remediation & Construction, LLC shall not employ or engage David Wordlaw (under any name) or receive services from him in any manner, including but not limited to as an employee, owner, officer, director, independent contractor or the like. The injunction shall commence immediately and shall expire, barring further Order of the Court, at 12:01 a.m. on October 19, 2010.

Dated: October 12, 2010        BY THE COURT:

                                          s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge